UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-cv-1150-DDN |
| EZ HOME SOLUTIONS, LLC, et al. | ) |
| Defendants. | ) |

*So ordered. DDN 12/22/16*

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Marilyn Margulis, and informs the Court that the parties have reached a settlement in this matter. Accordingly, Plaintiff, with Defendant's consent, hereby requests that this matter be dismissed with prejudice, with each party to pay their own costs.

Respectfully Submitted,

/s/ Max G. Margulis
Max G. Margulis, #24325MO
MARGULIS LAW GROUP
28 Old Belle Monte Road
Chesterfield, MO 63017
maxmargulis@marguislaw.com
P: (636) 536-7022 – Residential
F: (636) 536-6652 – Residential
*Attorney for Plaintiff*

/s/ John H. Kilper
John H. Kilper, #60997MO
HAMILTON WEBER LLC
200 North Third Street
St. Charles, MO 63301
jkilper@hamiltonweber.com
P: (636) 947-4700
F: (636) 947-1743
*Attorney for Defendant EZ Home Solutions*